```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

MINERVA RIVERA-SANTIAGO,

**Plaintiff**

v.                                          **CIVIL NO.** 07-1372 (JAG)

ABBOTT PHARMACEUTICAL PR LTD,

**Defendant**

## JUDGMENT

Pursuant to the Motion for Voluntary Dismissal, (Docket No. 138), filed by Plaintiff and granted by this Court, (Docket No. 139), judgment is hereby entered dismissing all claims <u>with prejudice</u>.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of April, 2009.

                                        s/ Jay A. Garcia-Gregory
                                         JAY A. GARCIA-GREGORY
                                         U.S. District Judge